UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JODI LEE PLEITEZ<br><br>Plaintiff(s)<br><br>v.<br><br>CLEAR RECON CORPORATION<br>WELLS FARGO & COMPANY<br><br>Defendants. | CASE NO.: 5:16-cv-00509-VAP-DTB<br><br>~~[PROPOSED]~~ JUDGMENT OF DISMISSAL<br><br>[*Assigned to the Hon. Virginia A. Phillips*] |

On July 7, 2016, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued separately as "Wells Fargo & Company") and WELLS FARGO & COMPANY (collectively, "Wells Fargo") dismissing the Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all parties and as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and

3. Plaintiff, Jodi Lee Pleitez will recover nothing in this action from defendant WELLS FARGO BANK, N.A. or defendant CLEAR RECON CORPORATION.

DATED: July 13, 2016

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE