

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**
CLERK, U.S. DISTRICT COURT

JUL 25, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

JODI LEE PLEITEZ

      Plaintiff(s)

      v.

CLEAR RECON CORPORATION
WELLS FARGO & COMPANY

      Defendants.

CASE NO.: 5:16-cv-00509-VAP-DTB

**[~~PROPOSED~~] AMENDED JUDGMENT OF DISMISSAL**

[*Assigned to the Hon. Virginia A. Phillips*]

1   On July 7, 2016, the Court entered an Order granting the Motion to Dismiss

2   Complaint, filed by defendants WELLS FARGO BANK, N.A., successor by

3   merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB,

4   f/k/a World Savings Bank, FSB (erroneously sued separately as "Wells Fargo &

5   Company") and WELLS FARGO & COMPANY (collectively, "Wells Fargo")

6   dismissing the Complaint in its entirety.

7   Accordingly:

8   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

9   1.   The Complaint is dismissed, as to all parties and as to all causes of

10  action, with prejudice;

11  2.   Judgment is entered in favor of defendants WELLS FARGO BANK,

12  N.A., WELLS FARGO & COMPANY, and CLEAR RECON CORPORATION;

13  and

14  3.   Plaintiff, Jodi Lee Pleitez will recover nothing in this action from

15  defendants WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, and

16  CLEAR RECON CORPORATION.

17

18

19  DATED:  July 25, 2016   _____

20  HON. VIRGINIA A. PHILLIPS
    CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] AMENDED JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

| *Served By Means Other Than the Court's CM/ECF System:* | *Served Electronically Via the Court's CM/ECF System* |
|---|---|
| *Plaintiff, Pro Se:* | *Attorneys for Defendant CLEAR RECON CORPORATION* |
| Jodi Lee Pleitez<br>9077 Mustang Road<br>Rancho Cucamonga, California 91701 | Genail M. Anderson<br>ALDRIDGE \| PITE, LLP<br>4375 Jutland Drive<br>San Diego, CA 92117 |
| | Main Office: 858-750-7600<br>Direct: 619-326-2405<br>Fax: 858-412-2609 |
| T: 909.821.3191 | |
| Email: jodipleitez@yahoo.com | Email: ganderson@aldridgepite,com |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **July 21, 2016.**

| Kimberly Wooten | */s/ Kimberly Wooten* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |